LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for  Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.<br><br>　　　　Defendants. | No. **09-CV-01292 JAM-EFB**<br><br>ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT |

　　The United States of America's Motion to Set Aside Clerk's Entry of Default (Docket Entry #15) came before the Court for hearing on July 29, 2009.  Based on the pleadings and Plaintiff Jennifer Zamora's announcement through counsel that she does not oppose the motion, the Court finds that the motion is supported by good cause and should be granted.

　　For the foregoing reasons, the Court:

　　(1)  GRANTS the Motion to Set Aside Clerk's Entry of Default.


　　**IT IS SO ORDERED**.


DATED: JULY 29,  2009　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ,
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT  JUDGE

ORDER SETTING  ASIDE DEFAULT　　　　1