BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendants

Mark E. Ellis – 127159  (mellis@ecplslaw.com)
Ronald R. Poirier – 175511  (rpoirier@ecplslaw.com)
Jennifer S. Gregory – 228593  (jgregory@ecplslaw.com)
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Plaintiff JENNIFER ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JENNIFER ZAMORA, | Case No.: **09-CV-01292 JAM-EFB** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION, | |
| Defendants. | |

Plaintiff JENNIFER ZAMORA and Defendant JANET NAPOLITANO, Secretary of the Department of Homeland Security, of the above-entitled action by and through their attorneys of record, hereby stipulate and agree as follows:

1. Plaintiff JENNIFER ZAMORA has brought suit against the Secretary, asserting claims of sexual harassment and retaliation under Title VII arising out of her employment with the Transportation Security Administration. ("TSA")

2. Zamora claims that her supervisor subjected her to sexual harassment during her employment as a TSA security screener at the Sacramento International Airport. Complaint, Docket Entry 1-2. In connection with her allegations, Zamora claims that she "sustained and continues to sustain physical manifestations of stress and anxiety and extreme and severe mental anguish and emotional distress, and was required to employ, and will be required to employ in the future, physicians and surgeons to examine, treat and care for her and did incur, and will in the future incur, medical and incidental expenses." *Id.* at ¶ 40.

3. Plaintiff concedes that she has placed her mental condition at issue in this litigation and that good cause exist for an independent medical (psychiatric) examination pursuant to Fed. R. Civ. P. 35.

4. The Notice of Independent (Psychiatic) Examination is attached as Exhibit "1". The examination will be taken pursuant to and under the conditions set forth in Exhibit "1".

IT IS SO STIPULATED.

Date: August 18, 2010                    BENJAMIN B. WAGNER
                                         UNITED STATES ATTORNEY


                               By:   */s/ Jason Ehrlinspiel*
                                     Jason Ehrlinspiel
                                     Assistant United States Attorney
                                     Attorneys for Defendants



Date: August 18, 2010    By:   */s/ Jennifer S. Gregory*
                               Jennifer S. Gregory
                               Ellis, Coleman, Poirier, LaVoie,
                               & Steinheimer LLP
                               Attorneys for Plaintiff JENNIFER ZAMORA

## ORDER

Pursuant to the parties stipulation, Plaintiff's mental condition being at issue and good cause appearing for Plaintiff's submission to a independent medical examination pursuant to Fed. R. Civ. P. 35, the Court hereby orders Plaintiff to submit to a medical (psychiatric) examination under the conditions set forth in the Notice of Independent Medical (psychiatric) Examination attached as Exhibit "1" to the parties' stipulation and proposed order, Dckt. No. 48.

IT IS SO ORDERED.

Dated:   August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE