Mark E. Ellis - 127159
Ronald R. Poirier - 175511
Teresa Zuber - 164213
ELLIS, LaVOIE, POIRIER,
  STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
tzuber@ellislawgrp.com
rpoirier@ellislawgrp.com

Attorneys for Plaintiff JENNIFER ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>        Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1-20,<br><br>        Defendants. | Case No.:  2:09-CV-1292-JAM-EFB<br><br>**STIPULATION AND ORDER REGARDING TIMING FOR PLAINTIFF'S EXPERT WITNESS DISCLOSURES**<br><br>**EXPERT DISCLOSURE DATE:   9/10/10** |

## **STIPULATION**

The parties, by and through their attorneys of record herein, stipulate and agree as follows:

1. The pretrial order in this case, filed by the Court on August 25, 2009, sets the date by which Plaintiff Jennifer Zamora must file her expert witness disclosures on September 10, 2010.

2. Plaintiff states that, because of unanticipated delays in determining whether one of the expert witnesses will be available to testify in this case, she seeks a one week extension of time, until September 17, 2010, to file the disclosures.

///

STIPULATION AND ORDER REGARDING TIMING FOR PLAINTIFF'S EXPERT DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com

  3. Defendants will agree to an extension of time to September 17, 2010, solely with respect to the one expert witness whose availability is in question, on the following conditions:

    a. On September 10, 2010, plaintiff must file a disclosure which identifies by name the one expert witness whose availability is in question;

    b. If the one expert witness whose availability is in question has already prepared his or her expert report, that report must also be filed on September 10, 2010, subject to withdrawal should plaintiff determine that the witness is in fact unavailable to testify in this case; and

    c. Plaintiff must timely file expert witness disclosures and reports for any and all other expert witnesses she intends to offer in this case on September 10, 2010.

              Respectfully submitted,

Dated: September 10, 2010

              ELLIS, LAVOIE, POIRIER, STEINHEIMER
               & MCGEE LLP


              By /s/ Teresa L. Zuber
               Teresa L. Zuber
               Attorney for Plaintiff
               JENNIFER ZAMORA

Dated: September 10, 2010

              BENJAMIN B. WAGNER
              UNITED STATES ATTORNEY


              By /s/ Jason Ehrlinspiel
               Jason Ehrlinspiel
               Assistant United States Attorney
               Attorneys for Defendants

              **ORDER**

IT IS SO ORDERED.

Dated: 9/10/2010

        /s/ John A. Mendez
        HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER REGARDING TIMING FOR PLAINTIFF'S EXPERT DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com