**FILED**

DEC 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>    Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1-20,<br><br>    Defendants. | Case No.: 2:09-CV-1292-JAM-EFB<br><br>**ORDER SHORTENING TIME TO HEAR PLAINTIF'FS MOTION TO CONTINUE DISCOVERY CUTOFF DATE** |

Plaintiff's Ex Parte Application for Order Shorting Time to hear Plaintiff's Motion to Continue the Discovery Cutoff Date is GRANTED.

The hearing on Plaintiff's Motion To Continue the Discovery Cut-off Date will be held on _January 6, 2011_ at _1:30_ p.m. in Courtroom 6.

Plaintiff's moving papers must be filed and served on or before _December 20, 2010_.

Defendant's opposition papers must be filed and served on or before _December 30, 2010_

Plaintiff's reply, if any, must be filed and served on or before _January 4, 2011_.

/// *Briefs may not exceed 15 pages (moving + opposition)*
/// *Reply brief may not exceed 10 pages*

- 1 -

[PROPOSED] ORDER SHORTENING TIME TO HEAR PLAINTIF'FS MOTION TO CONTINUE DISCOVERY CUTOFF DATE

1  IT IS SO ORDERED.

2

3  DATED: 12-16-2010

4  Hon. John A. Mendez

-2-

[PROPOSED] ORDER SHORTENING TIME TO HEAR PLAINTIF'FS MOTION TO CONTINUE DISCOVERY CUTOFF DATE