UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1-20,<br><br>　　　Defendants. | Case No.: 2:09-CV-1292-JAM-EFB<br><br>**ORDER FILING DOCUMENTS UNDER SEAL** |

Plaintiff Jennifer Zamora's Application for Order Filing Documents Under Seal is GRANTED. Documents alleged as privileged by Defendant, specifically those identified by Bates Stamp numbers US PRIV 0229 through 0284 are ordered to be filed under seal forthwith with this Court. A copy of the documents shall be served on opposing counsel.

IT IS SO ORDERED.

DATED: 12/23/2010　　　　　　　　　　　　　　/s/ John A. Mendez___
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez

- 1 -

ORDER RE: DOCUMENTS TO BE FILED UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com