```
Mark E. Ellis - 127159
Ronald R. Poirier - 175511
ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
rpoirier@ellislawgrp.com
```

Attorneys for
PLAINTIFF JENNIFER ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>    Plaintiff,,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1-20,<br><br>    Defendants. | Case No.:  2:09-CV-1292-JAM-EFB<br><br>**STIPULATION AND ORDER CONTINUING PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY; REQUEST FOR FEES AND COSTS**<br><br>**DATE:  February 16, 2011**<br>**TIME:  10:00 A.M.**<br>**COURTROOM:  24**<br>**Magistrate Judge Edmund F. Brennan** |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Jennifer Zamora and Defendant Janet Napolitano hereby stipulate and agree that good cause exists to continue the hearing on Plaintiff's Motion to Compel Further Discovery and Request for Fees and Costs currently set to be heard on February 16, 2011.

The parties further stipulate that the hearing will be held on February 23, 2011 at 10:00 a.m. in Courtroom 24 before the Hon. Magistrate Judge Edmund F. Brennan. The parties' Joint Statement must be filed on or before February 16, 2011.

Dated: February 10, 2011

Ellis, LaVoie, Poirier, Steinheimer & McGee LLP

By /s/Ron Poirier
Ron Poirier
Attorney for
PLAINTIFF JENNIFER ZAMORA

Benjamin B. Wagner
Unites States Attorney

By /s/Jason Ehrlinspiel
Jason Ehrlinspiel
Attorneys for DEFENDANT JANET NAPOLITANO,
Secretary of the Department of Homeland Security

**ORDER**

Good cause appearing, Plaintiff's Motion to Compel Further Discovery and Request for Fees and Costs currently set to be heard on February 16, 2011 is continued until February 23, 2011 at 10:00 a.m. in Courtroom No. 24. The parties' Joint Statement must be filed on or before close of business on February 16, 2011.

Dated: February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE