IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER ZAMORA,

        Plaintiff,

        vs.

JANET NAPOLITANO, et al.,

        Defendants.

        No. CIV S-09-1292 JAM EFB

ORDER

        On February 17, 2011, the undersigned held a telephonic hearing in chambers regarding plaintiff's motion to compel discovery responses from defendant Janet Napolitano, Secretary of the Department of Homeland Security ("defendant"), which is noticed for hearing on February 23, 2011. Dckt. No. 97; *see also* Dckt. Nos. 104-127. Attorney Ronald Poirier appeared on behalf of plaintiff; attorney Jason Ehrlinspiel appeared on behalf of defendant.

        As discussed at the February 17, 2011 hearing, because the current discovery completion deadline in this case is March 11, 2011, the parties are directed to meet and confer further *in good faith* in an attempt to narrow the disputes set forth in the present motion, which is nearly 2000 pages and contains over 200 pages of briefing from the parties. The parties shall file a

////

////

1

1  revised joint statement no later than 10:00 a.m. on Tuesday, February 22, 2011.[1] Each party's

2  portion of the revised joint statement shall be no longer than 20 pages, for a total of 40 pages.

3  The motion to compel will remain scheduled for hearing before the undersigned on Wednesday,

4  February 23, 2011, but will be heard at 2:00 p.m. in Courtroom No. 24.

5   SO ORDERED.

6  DATED: February 18, 2011.

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

---

[1] As indicated in the hearing, plaintiff shall provide her portion of the joint statement to defendant no later than 1:00 p.m. on Sunday, February 20, 2011.

2