Mark E. Ellis - 127159
Ronald R. Poirier - 175511
Teresa L. Zuber - 164213
ELLIS, LAVOIE, POIRIER,
   STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
rpoirier@ecplslaw.com
tzuber@ecplslaw.com

Attorneys for Plaintiff JENNIFER ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA,<br><br>        Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; GALE ROSSIDES, ASSISTANT SECRETARY/ACTING ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION; LOREN ISHII; and DOES 1-20,<br><br>        Defendants. | Case No.:  2:09-CV-1292-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE AND CONTINUE TRIAL DATE**<br><br>**TRIAL DATE:  August 8, 2011** |

STIPULATION AND  ORDER

        Plaintiff Jennifer Zamora and Defendant, Janet Napolitano, Secretary of The Department of Homeland Security hereby stipulate and agree that good cause exists for an extending discovery cut-off and continuing the trial date.

        On Wednesday, February 23, 2011, counsel for both parties appeared before the Hon. Magistrate Judge Edmund F. Brennan regarding Plaintiff's motion to compel further discovery. On February 24, 2011, Judge Brennan issued an order granting in part and denying in part Plaintiff's motion. See Docket No. 135 re: Order. In addition to addressing Plaintiff's written discovery requests,

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Judge Brennan granted Plaintiff's request to take 3 new additional depositions and re-open another deposition. The total number of depositions remaining to be taken and/or completed is now 8. The parties, along with Judge Brennan, agreed an additional 60 days may be needed to complete additional discovery ordered by Judge Brennan. Judge Brennan opined that most likely the trial date would have to be continued to accommodate the court and directed Plaintiff's counsel to contact Mr. Vine, clerk for Judge Mendez who is assigned to preside over this case. Mr. Vine provided the following new dates which are agreeable to counsel:

| | |
|---|---|
| Discovery cut-off | 5/18/2011 |
| Dispositive motion filing: | 6/22/11 |
| Dispositive motion hearing: | 7/20/11 @ 9:30 a.m. |
| Joint pretrial statement filed: | 9/2/11 |
| Final pretrial conference: | 9/9/11 @ 10 a.m. |
| Jury trial: | 10/17/11 @ 9:00 a.m. |

Respectfully submitted by:

ELLIS, LAVOIE, POIRIER,
    STEINHEIMER, & MCGEE LLP

Dated: February 28, 2011          By ____/s/ Ronald R. Poirier_____
                                         Ronald R. Poirier
                                         Attorneys for Plaintiff
                                         JENNIFER ZAMORA

                                         Benjamin B. Wagner
                                         United States Attorney

Dated: February 28, 2011          By ____/s/ Jason Ehrlinspiel_____

                                         Jason Ehrlinspiel
                                         Assistant United States Attorney, Attorney for
                                         DEFENDANT  JANET NAPOLITANO,
                                         SECRETARY OF THE DEPARTMENT OF
                                         HOMELAND SECURITY

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Good cause has been shown to continue the discovery cut-off date in this case. Accordingly, the Court modifies its order of January 6, 2011 as follows:

The trial date of August 8, 2011 is vacated.

Discovery cut-off date is May 18, 2011. Last day to file Dispositive motions, June 22, 2011. Hearing on dispositive motions, July 20, 2011 at 9:30 a.m. Joint pretrial statement due September 2, 2011. Final pretrial conference on September 9, 2011 at 10:00 a.m. Jury trial, October 17, 2011 at 9:00 a.m.

SO ORDERED.

DATED:   2/28/2011                              /s/ John A. Mendez
                                                 JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com