BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendant Janet Napolitano,
Secretary of the Department of Homeland Security

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA, | ) No. 09-CV-01292 JAM (EFB) |
| Plaintiff, | ) |
| | ) STIPULATION & ORDER |
| v. | ) TO CONSENT TO COURT SETTLEMENT |
| | ) CONFERENCE BEFORE THE MAGISTRATE |
| JANET NAPOLITANO, SECRETARY OF | ) JUDGE |
| THE DEPARTMENT OF HOMELAND | ) |
| SECURITY, *et al.*, | ) [L. R. 270(b)] |
| | ) |
| Defendant. | ) |

Pursuant to Local Rule 270(b), the parties hereby affirmatively request a court settlement conference before United States Magistrate Judge Edmund F. Brennan.  The parties hereby waive any claim of disqualification on the basis of Judge Brennan serving as the settlement judge.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff JENNIFER ZAMORA and by defendant JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, by and through their respective counsel, that:

1) Magistrate Judge Brennan conduct a court settlement conference; and

2) That the parties waive any claim of disqualification on the basis of Judge Brennan serving as the settlement judge for the conference.

STIP. TO CONSENT TO COURT
SETTLEMENT CONFERENCE WITH MAG. JUDGE

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 2, 2011                     */s/ Jason Ehrlinspiel*
                                        By: JASON EHRLINSPIEL

                                        Attorneys for Defendant


                                        LAW OFFICES OF ELLIS, LaVOIE, POIRIER,
                                        STEINHEIMER & McGEE, LLP

DATED: May 2, 2011                      */s/ Mark E. Ellis*
                                        By: MARK E. ELLIS

                                        Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation, the Court hereby orders a settlement conference to take place before the undersigned on Thursday, July 14, 2011 at 10:00 a.m. in Courtroom No. 24.  Counsel are directed to submit settlement conference statements to the settlement judge not later than seven (7) days prior to the conference.   At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 270(d).  Each party is also directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

IT IS SO ORDERED.

Dated: May 3, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIP. TO CONSENT TO COURT
SETTLEMENT CONFERENCE WITH MAG. JUDGE