BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendant Janet Napolitano,
Secretary of the Department of Homeland Security

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA, | ) No. 09-CV-01292 JAM (EFB) |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) MODIFYING AMENDED SCHEDULING ORDER |
| JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| Defendant. | ) |

PLAINTIFF JENNIFER ZAMORA and DEFENDANT JANET NAPOLITANO, Secretary of the Department of Homeland Security, by and through their respective attorneys and subject to the approval of this Court, hereby agree and stipulate that good cause exists to modify this Court's March 1, 2011 Amended Status (Pretrial Scheduling) Order. Docket Entry ("DE") 137.

The parties submit there is good cause for this request as the parties have agreed to and scheduled a Court Settlement Conference before United States Magistrate Judge Edmund F. Brennan on July 7, 2011. DE 146. In an effort to control costs and fees and place the case in the best posture for possible settlement, the parties submit that extending the dates for the filing of dispositive motions and the subsequent hearing date is necessary and reasonable.

//

Stip To Continue Certain Dates

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 20, 2011          */s/ Jason Ehrlinspiel*
By: JASON EHRLINSPIEL

Attorneys for Defendant


LAW OFFICES OF ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE, LLP

DATED: May 20, 2011           */s/ Mark E. Ellis*
By: MARK E. ELLIS

Attorneys for Plaintiff


## [Proposed] ORDER

Pursuant to the parties' stipulation and the Court finding good cause, the Scheduling Order is amended as follows:

1  The deadline for the filing of dispositive motions in on or before July 7, 2011;

2  The hearing date for dispositive motions is August 3, 2011; and

3  All other dates remain the same.

IT IS SO ORDERED.


Dated: May 23, 2011

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge
Eastern District of California

Stip To Continue Certain Dates

PDF created with pdfFactory trial version www.pdffactory.com