1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JENNIFER ZAMORA,

11              Plaintiff,              No. CIV S-09-1292 JAM EFB

12        vs.

13  JANET NAPOLITANO, et al.,          <u>ORDER RE SETTLEMENT & DISPOSITION</u>

14              Defendants.

15  _____/

16        Pursuant to the representations of counsel for the parties at a further Settlement

17  Conference conducted in Chambers on July 13, 2011, the court has determined that the above-

18  captioned case has settled.

19        The court now orders that dispositional documents are to be filed not later than thirty (30)

20  days from the date of this order.

21        All hearing dates set in this matter are **VACATED.**

22  ////

23  ////

24  ////

25  ////

26  ////

1

1      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4      IT IS SO ORDERED.

5 DATED:  July 13, 2011.

6                    EDMUND F. BRENNAN

7                    UNITED STATES MAGISTRATE JUDGE