BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendant Janet Napolitano,
Secretary of the Department of Homeland Security

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZAMORA, | ) No. 09-CV-01292 JAM (EFB) |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
|  | ) **WITH PREJUDICE AND** |
|  | ) **ORDER** |
| JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| Defendants. | ) |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiff JENNIFER ZAMORA against Defendants JANET NAPOLITANO, Secretary of the Department of Homeland Security, et al., shall be dismissed with prejudice, and that, except as otherwise provided in the agreements between the parties, each party shall bear their own costs and fees, including attorneys' fees.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

STIP. OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 13, 2011          */s/ Jason Ehrlinspiel*
                              By: JASON EHRLINSPIEL

                              Attorneys for Defendant


                              LAW OFFICES OF ELLIS, LaVOIE, POIRIER,
                              STEINHEIMER & McGEE, LLP

DATED: July 13, 2011          */s/ Mark E. Ellis*
                              By: MARK E. ELLIS

                              Attorneys for Plaintiff


        IT IS SO ORDERED.

DATED: JULY 13, 2011                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE

STIP. OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com